Ellis et al. *v.* Somes.

———————

## ELLIS *et al. v.* SOMES.

STATUTES CONSTRUED—WITNESSES.—The second proviso of the third section of the act of *March* 11, 1861, (Acts 1861, p. 52,) must be literally construed.

APPEAL from the *Knox* Common Pleas.[1]

*Per Curiam.*—The judgment in this case is reversed upon the authority of *Dahoney* v. *Hall et al.* at this term, *ante.* p. 264.

Both parties were competent witnesses.

After much consideration, the Court has determined in the decision of causes, to give a literal interpretation to the se-

cond proviso in section 3 of the act of 1861, touching wit-nesses. Acts of 1861, p. 52.

The judgment below is reversed with costs; cause remand-ed for another trial.

(1) The record in this cause has been wholly lost, together with the briefs of counsel.